Submitted March 5, reversed March 31, 2021

In the Matter of R. R. M.,
a Person Alleged to have Mental Illness.

## STATE OF OREGON,
*Respondent,*

*v.*

## R. R. M.,
*Appellant.*

### Douglas County Circuit Court
20CC04706; A174454

484 P3d 408

Jason R. Thomas, Judge pro tempore.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Reversed.

## PER CURIAM

Appellant appeals a judgment committing her to the custody of the Mental Health Division for a period not to exceed 180 days. ORS 426.130. She contends that the trial court committed plain error when it failed to advise her of her right pursuant to ORS 426.100(1) to subpoena witnesses. The state concedes the error. We agree and accept the concession. As we have held in numerous cases, failure to provide such statutory advice of rights constitutes plain error. *See generally State v. B. O.*, 276 Or App 604, 605, 368 P3d 82 (2016) (citing cases). Given the nature of civil commitment proceedings, the relative interests of the parties, the gravity of the error, and the ends of justice, we exercise discretion to correct the error.

Reversed.